No. 22-50458

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Joe Holcombe, Individually, as Heirs at Law and as Representatives of the Estate of John Bryan Holcombe, Deceased; Claryce Holcombe, Individually, as Heirs at Law and as Representatives of the Estate of John Bryan Holcombe, Deceased,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Margarette Vidal; Monica Shabbir; Robert Vidal; Ramiro Vidal, Jr.,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Charlene Uhl, Individually, as Heir at Law and as Representative of the Estate of Haley Krueger, Deceased,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Gary Ramsey, Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased; Ronald Ramsey, Jr., Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Lisa McNulty, Individually and as personal representative of the Estate of Tara McNulty, and as legal guardian of H.M. and J.M., two minor children,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Kati Wall, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Michael Johnson, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Dennis Neil Johnson, Jr.; Christopher Johnson; Deanna Staton; James Graham,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Regina Amador, Individually and As Independent Administratrix of the Estate of Richard C. Rodriguez, Deceased, a/k/a Ricardo Rodriguez; Jose Rodriguez; Guadalupe Rodriguez,

*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Farida Brown,

*Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Christopher Ward, Individually Representative of the Estates of Joann Ward, Deceased, and B.W. Deceased Minor, and as Next of Friend R.W., a Minor,

*Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,

*Defendant – Appellant/Cross-Appellee.*

Kris Workman,
  *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

David Colbath,
  *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

Deborah Braden, Individually and as Independent Executor of the Estate of Keith Allen Braden; Elizabeth Braden, Individually and as A/N/F of Z.Z., a Minor; Benjamin Corrigan, Individually and as Independent Executor of the Estate of Robert Michael Corrigan and Shani Corrigan; Preston Corrigan; Kara Boyd (Marshall); Martina Pachal, Individually and as Independent Administratrix of the Estate of Robert Scott Marshall and as Independent Executrix of the Estate of Karen Sue Marshall; Zachary Poston; Jimmy Stevens, Independent Executor of the Estate of Peggy Lynn Stevens Warden; Jennifer Racey (Warden); Patsy McCain,
  *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

Kyle Workman; Morgan Harris,
  *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

---

Dalia Lookingbill, Individually and as Guardian of the Person and Estate of R.T., a minor, and as Representative of the Estate of E.G. deceased minor,
  *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

---

Rosanne Solis; Joaquin Ramirez,
  *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

---

Margaret McKenzie,
  *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
  *Defendant – Appellant/Cross-Appellee.*

Fred Curnow; Kathleen Curnow,
*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
*Defendant – Appellant/Cross-Appellee.*

Juan Macias; Jennifer Macias,
*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
*Defendant – Appellant/Cross-Appellee.*

Kip Workman; Julie Workman,
*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
*Defendant – Appellant/Cross-Appellee.*

Chancie McMahan, Individually and as Next Friend of R.W., a Minor; Scott Holcombe,
*Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
*Defendant – Appellant/Cross-Appellee.*

David Eugene Colbath, As Next of Friend of O.C.,
    *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

---

Kris Workman, As Next of Friend of E.W.; Colbey Workman, As Next of Friend of E.W.,
    *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

---

John Porter Holcombe, II, Individually, and as Independent Administrator of the Estate of Crystal Holcombe, and as Wrongful Death Beneficiary of Crystal Holcombe, John Bryan Holcombe, Karla Holcombe, and C.B.H., a Minor,
    *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

Colbey Workman,
    *Plaintiff – Appellee/Cross-Appellant*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

Robert Braden; Rebecca Metcalf; Brenda Moulton,
    *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

John Porter Holcombe, II, As Next Friend of Minors E.J.H. and P.J.H., and as Independent Administrator of the Estates of Minors G.L.H., E.R.H. and M.G.H.,
    *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

Jessica Moulton; William Lane,
    *Plaintiffs – Appellees/Cross-Appellants*

v.

Untied States of America,
    *Defendant – Appellant/Cross-Appellee.*

From the United States District Court
for the Northern District of Texas
Case No. 4:15-cv-00874-O

# UNOPPOSED MOTION TO EXTEND DEADLINE

Jason P. Steed
KILPATRICK TOWNSEND &
STOCKTON LLP
2001 Ross Ave., Ste. 4400
Dallas, Texas 75201
Phone: 214-922-7112
Fax: 214-853-5731
jsteed@kilpatricktownsend.com

*Counsel for Appellant*

To the Honorable Court of Appeals:

Judgment was entered in this case on April 5, 2022. Appellant/Cross-Appellee, the United States, filed a timely notice of appeal on June 6, 2022, and Appellees filed a timely notice of cross-appeal on Junes 21, 2022. The record was completed on August 20, 2022. And the United States moved to extend its initial briefing deadline from October 11, 2022, to November 10, 2022. Because the parties were engaged in mediation, the United States moved a second time to extend its briefing deadline to January 9, 2023. The United States then filed its opening brief on January 9, 2023.

Appellees'/Cross-Appellants' brief is currently due on February 8, 2023. But this case involves a voluminous record and raises multiple complex and important issues, and appellate counsel for Appellees/Cross-Appellants need more time to prepare their brief, amidst other pressing obligations and deadlines. Appellees/Cross-Appellants therefore seek to extend their briefing deadline to March 10, 2023. This 30-day extension is not for mere delay, but so that justice can be done. And the United States does not oppose this extension.

For these reasons, Appellees/Cross-Appellants respectfully ask the Court to extend their briefing deadline to **March 10, 2023**.

Respectfully submitted,

s/ *Jason P. Steed*
Jason P. Steed
KILPATRICK TOWNSEND
  & STOCKTON LLP
2001 Ross Ave., Ste. 4400
Dallas, Texas 75201

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant's counsel and he has stated that the United States does not oppose this motion.

s/ *Jason P. Steed*
Jason P. Steed

## CERTIFICATE OF COMPLIANCE

I certify that this motion contains 198 words and complies in all respects with Rule 27(d).

s/ *Jason P. Steed*
Jason P. Steed

# CERTIFICATE OF SERVICE

I certify that I have filed this motion using the Court's CM/ECF system, and all parties have been served through that system. Specifically, counsel for Appellees, below, has been served through the CM/ECF system:

Joshua Marc Salzman
U.S. Department of Justice
Civil Division
Suite 7258
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
joshua.m.salzman@usdoj.gov

Jocelyn Krieger
U.S. Department of Justice
175 North Street, N.E.
Washington, DC 20002
jocelyn.krieger@usdoj.gov

Jacquelyn Michelle Christilles
Clayton R. Diedrichs
James Dingivan
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Jacquelyn.Christilles@usdoj.gov
clayton.diedrichs@usdoj.gov
james.dingivan@usdoj.gov

McKaye Lea Neumeister
Mark Bernard Stern, Esq.
U.S. Department of Justice
Civil Division, Appellate Section
Room 7231
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
mckaye.l.neumeister@usdoj.gov
mark.stern@usdoj.gov

**Counsel for United States of America**

Misty Annette Hataway-Cone'
Cone, P.L.L.C.
1005 Heights Boulevard
Houston, TX 77008
misty@conepllc.com

Jason Charles Webster, Esq.
Webster Law Firm
6200 Savoy Drive, Suite 150
Houston, TX 77036
filing@thewebsterlawfirm.com

3

Frank Kay Herrera, Jr.
Herrera Law Firm
111 Soledad Street, Suite 1900
Riverview Towers
San Antonio, TX 78205
fherrera@herreralaw.com

**Counsel for Dalia Lookingbill, Individually and as Guardian of the Person andEstate of R.T., a minor, and as Representative of the Estate of E.G., deceased minor**

Dennis James Bentley
Attorney at Law
521 Starr Street
Corpus Christi, TX 78401
djbentley08@gmail.com

Catherine Danielle Tobin
Robert C. Hilliard, Esq.
Hilliard Martinez Gonzales, L.L.P.
719 S. Shoreline Blvd., Ste. 500
Corpus Christi, TX 78401
catherine@hmglawfirm.com
bobh@hmglawfirm.com

**Counsel for Chancie McMahan, Individually and as Next Friend of R.W., a Minor; Scott Holcombe**

April A. Strahan
Robert E. Ammons
Ammons Law Firm, L.L.P.
3700 Montrose Boulevard
Houston, TX 77006-0000
aprilstrahanlaw@gmail.com
chris@ammonslaw.com

Daniel D. Barks
Speiser Krause, P.C.
5555 Glenridge Connector
Atlanta, GA 30342
ddb@speiserkrause.com

4

**Counsel for Joe Holcombe, Individually, as Heirs at Law and as Representatives of the Estate of John Bryan Holcombe, Deceased; Claryce Holcombe, Individually, as Heirs at Law and as Representatives of the Estate of John Bryan Holcombe, Deceased; Fred Curnow and Kathleen Curnow; Gary Ramsey, Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased; Ronald Ramsey, Jr., Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased; John Porter Holcombe, II, As Next Friend of Minors E.J.H. and P.J.H., and as Independent Administrator of the Estates of Minors G.L.H., E.R.H., and M.G.H.; Juan Macias and Jennifer Macias; John Porter Holcombe, Individually, and as Independent Administrator of the Estate of Crystal Holcombe, and as Wrongful Death Beneficiary of Crystal Holcombe, John Bryan Holcombe, Karla Holcombe, and C.B.H., a Minor**

Diego A. Lopez
Law Offices of Patrick John Filyk
8118 Datapoint Drive
San Antonio, TX 78229-3268
Diegolaw@Texas.net

**Counsel for Christopher Ward, Individually Representative of the Estates of Joann Ward, Deceased, and B.W., Deceased Minor, and as Next of Friend R.W., a Minor**

Erik Knockaert
Joseph Schreiber
Schreiber Knockaert, P.L.L.C.
701 N. Post Oak Road, Suite 325
Houston, TX 77024
erik@lawdoneright.net
joe@lawdoneright.net

**Counsel for Farida Brown**

5

Brett T. Reynolds
Brett Reynolds & Associates, P.C.
1250 N.E. Loop 410
San Antonio, TX 78209-0000
btreynolds@btrlaw.com

**Counsel for Kyle Workman and Morgan Harris; David Eugene Colbath, as Next Friend of O.C.; Kip Workman and Julie Workman; David Colbath; Colbey Workman; Jessica Moulton; William Lane; Kris Workman, As Next of Friend of E.W.; Colbey Workman, As Next of Friend of E.W.; Kris Workman**

Paul E. Campolo
Law Offices of Maloney & Campolo, L.L.P.
926 S. Alamo Street
San Antonio, TX 78205
pcampolo@maloneyandcampolo.com

**Counsel for Gary Ramsey, Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased; Ronald Ramsey, Jr., Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased**

R. Craig Bettis
Dennis Charles Peery
Tyler & Peery
5822 W. IH 10
San Antonio, TX 78201-2851
cbettis@tylerpeery.com
d.peery@tylerpeery.com

**Counsel for Charlene Uhl, Individually, as Heir at Law and as Representative of the Estate of Haley Krueger, Deceased**

Daniel J. T. Sciano
Tinsman & Sciano, Incorporated
10107 McAllister Freeway
San Antonio, TX 78216-0000
dsciano@tsslawyers.com

**Counsel for Regina Amador, Individually and As Independent Administratrix of the Estate of Richard C. Rodriguez, Deceased, a/k/a Ricardo Rodriguez; Jose Rodriguez and Guadalupe Rodriguez**

David Jay Campbell
Justin Demerath
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
dcampbell@808west.com
jdemerath@808west.com

**Counsel for Robert Braden, Rebecca Metcalf and Brenda Moulton; Deborah Braden, Individually and as Independent Executor of the Estate of Keith Allen Braden; Elizabeth Braden, Individually and as A/N/F of Z.Z., a Minor; Benjamin Corrigan, Individually and as Independent Executor of the Estate of Robert Michael Corrigan and Shani Corrigan; Preston Corrigan; Kara Boyd (Marshall); Martina Pachal, Individually and as Independent Administratrix of the Estate of Robert Scott Marshall and as Independent Executrix of the Estate of Karen Sue Marshall; Zachary Poston; Jimmy Stevens, Independent Executor of the Estate of Peggy Lynn Stevens Warden; Jennifer Racey (Warden); Patsy McCain**

Jamal K. Alsaffar
Laurie Michelle Higginbotham
Tom Jacob
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, P.L.L.C.
1114 Lost Creek Blvd., Ste. 410
Austin, TX 78746
jalsaffar@nationaltriallaw.com
lhigginbotham@
    nationaltriallaw.com
tjacob@nationaltriallaw.com

**Counsel for Lisa McNulty, Individually and as personal representative of the Estate of Tara McNulty, and as legal guardian of H.M. and J.M., two minor children; Margaret McKenzie; Joaquin Ramirez and Rosanne Solis; Kati Wall, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Michael Johnson, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Dennis Neil Johnson, Jr.; Christopher Johnson; Deanna Staton; James Graham; Margarette Vidal; Monica Shabbir; Robert Vidal; Ramiro Vidal, Jr.**

7

George Louis LeGrand, Esq.
LeGrand & Bernstein
2511 N. Saint Mary's Street
San Antonio, TX 78212-0000
tegrande@aol.com

**Counsel for Joaquin Ramirez and Rosanne Solis; Kati Wall, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Michael Johnson, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Dennis Neil Johnson, Jr.; Christopher Johnson; Deanna Staton; James Graham**

                                                  s/ *Jason P. Steed*
                                                  Jason P. Steed