

JAMAL K. ALSAFFAR
*Attorney*

jalsaffar@nationaltriallaw.com
1114 Lost Creek Blvd. Ste. 410
Austin, TX 78746
W: (512) 476-4346
F: (512) 476-4400

Wednesday, April 12, 2023

U.S. Court of Appeals
For the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 7013

Re:     Case Number 22-50458

*Holcombe, et al. vs United States of America*

To the Clerk of the Fifth Circuit Court of Appeals:

The parties have reached a settlement agreement in principle for all parties involved. As a condition of settlement, the United States/Appellant requires court approval of minor and adult-incompetent plaintiff settlements. The Government further requires a "time is of the essence" clause for court approval. To these ends, Plaintiffs filed a motion for remand on April 5, 2023. The motion respectfully requested the Court of Appeals to remand the case to the District Court for the limited purpose of approving the settlement.

Judge Rodriguez, U.S. District Court Judge for the Western District of Texas, has already issued its Order of Indicative Ruling stating that once remanded the District Court will grant the motion for settlement approval and the case will proceed to settlement (See District Court Order attached).

Given the requirements of settling with the United States of America

in an FTCA case, the Plaintiffs request an **expedited** review of the Motion to Remand and Order to Remand from the Court of Appeals.

Sincerely,

Jamal K. Alsaffar
Lead Counsel for Consolidated Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE *et al.*,<br>*Plaintiffs*<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br>*Defendant* | § § § § § § § § § § | SA-18-CV-00555-XR |

## ORDER

This matter came before the Court upon the consent motion of the Plaintiffs pursuant to Rule 62.1 of the Federal Rules of Civil Procedure (ECF No. 809), asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

Having considered the Plaintiffs' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Fifth Circuit, it will grant the relief requested. Accordingly, Plaintiffs' motion (ECF No. 809) is **GRANTED**.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the Plaintiffs' consent motion and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

It is so **ORDERED**.

**SIGNED** on this 5th day of April, 2023.

                                                   XAVIER RODRIGUEZ
                                                   UNITED STATES DISTRICT JUDGE