# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2023

Ms. Misty Annette Hataway-Cone'
Cone, P.L.L.C.
1005 Heights Boulevard
Houston, TX 77008

Mr. Jason Paul Steed
Kilpatrick Townsend & Stockton, L.L.P.
2001 Ross Avenue
Suite 4400
Dallas, TX 75201

```
No. 22-50458    Holcombe v. USA
                USDC No. 5:18-CV-555
                USDC No. 5:18-CV-712
                USDC No. 5:18-CV-881
                USDC No. 5:18-CV-944
                USDC No. 5:18-CV-949
                USDC No. 5:18-CV-951
                USDC No. 5:18-CV-1151
                USDC No. 5:19-CV-184
                USDC No. 5:19-CV-289
                USDC No. 5:19-CV-506
                USDC No. 5:19-CV-678
                USDC No. 5:19-CV-691
                USDC No. 5:19-CV-705
                USDC No. 5:19-CV-706
                USDC No. 5:19-CV-714
                USDC No. 5:19-CV-715
                USDC No. 5:19-CV-805
                USDC No. 5:19-CV-806
                USDC No. 5:19-CV-953
                USDC No. 5:19-CV-972
                USDC No. 5:19-CV-1300
                USDC No. 5:19-CV-1301
                USDC No. 5:19-CV-1481
                USDC No. 5:20-CV-109
                USDC No. 5:20-CV-368
                USDC No. 5:20-CV-991
                USDC No. 5:19-CV-1318
```

Dear Ms. Hataway-Cone', Mr. Steed,

The case has been removed from abeyance and briefing will now resume. Appellees' briefs and Cross-Appellants' briefs are due within 30 days from the date of this letter, see **Fed. R. App. P.** 31(a)(1). **5th Cir. R.** 31 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

ATTENTION ATTORNEYS: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

Record Excerpts: **5th Cir. R.** 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Enclosure(s)

cc w/encl:
    Mr. Jamal K. Alsaffar
    Mr. Robert E. Ammons
    Mr. Daniel D. Barks
    Mr. Dennis James Bentley
    Mr. R. Craig Bettis
    Mr. David Jay Campbell
    Mr. Paul E. Campolo
    Mrs. Jacquelyn Michelle Christilles
    Mr. Justin Demerath
    Mr. Clayton R. Diedrichs
    Mr. James Dingivan
    Mr. Frank Kay Herrera Jr.
    Mrs. Laurie Michelle Higginbotham
    Mr. Robert C. Hilliard
    Mr. Tom Jacob
    Mr. Erik Knockaert
    Ms. Jocelyn Krieger
    Mr. George Louis LeGrand
    Mr. Diego A. Lopez
    Ms. McKaye Lea Neumeister
    Mr. Dennis Charles Peery
    Mr. Brett T. Reynolds
    Mr. Joshua Marc Salzman
    Mr. Joseph Schreiber
    Mr. Daniel J. T. Sciano
    Mr. Mark Bernard Stern
    Ms. April A. Strahan
    Ms. Catherine Danielle Tobin
    Mr. Jason Charles Webster

Case No. 22-50458

Joe Holcombe, Individually, as Heirs at Law and as
Representatives of the Estate of John Bryan Holcombe, Deceased;
Claryce Holcombe, Individually, as Heirs at Law and as
Representatives of the Estate of John Bryan Holcombe, Deceased,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Margarette Vidal; Monica Shabbir; Robert Vidal; Ramiro Vidal, Jr.,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Charlene Uhl, Individually, as Heir at Law and as Representative of the Estate of Haley Krueger, Deceased,

     Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Gary Ramsey, Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased; Ronald Ramsey, Jr., Individually and as Independent Co-Administrator of the Estate of Therese Jo Ann Rodriguez, Deceased,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Lisa McNulty, Individually and as personal representative of the Estate of Tara McNulty, and as legal guardian of H.M. and J.M., two minor children,

     Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Kati Wall, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Michael Johnson, Individually and as Personal Representative of the Estate of Dennis Johnson and the Estate of Sara Johnson; Dennis Neil Johnson, Jr.; Christopher Johnson; Deanna Staton; James Graham,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Regina Amador, Individually and As Independent Administratrix of the Estate of Richard C. Rodriguez, Deceased, a/k/a Ricardo Rodriguez,

       Plaintiffs - Appellees/Cross-Appellants

Jose Rodriguez; Guadalupe Rodriguez,

       Plaintiffs - Appellees

v.

United States of America,

       Defendant - Appellant/Cross-Appellee

---

Farida Brown,

       Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

       Defendant - Appellant/Cross-Appellee

---

Christopher Ward, Individually Representative of the Estates of Joann Ward, Deceased, and B.W. Deceased Minor, and as Next of Friend R.W., a Minor,

       Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

       Defendant - Appellant/Cross-Appellee

---

Kris Workman,

       Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

       Defendant - Appellant/Cross-Appellee

---

David Colbath,

       Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

       Defendant - Appellant/Cross-Appellee

Deborah Braden, Individually and as Independent Executor of the Estate of Keith Allen Braden; Elizabeth Braden, Individually and as A/N/F of Z.Z., a Minor; Benjamin Corrigan, Individually and as Independent Executor of the Estate of Robert Michael Corrigan and Shani Corrigan; Preston Corrigan; Kara Boyd (Marshall); Martina Pachal, Individually and as Independent Administratrix of the Estate of Robert Scott Marshall and as Independent Executrix of the Estate of Karen Sue Marshall; Zachary Poston; Jimmy Stevens, Independent Executor of the Estate of Peggy Lynn Stevens Warden; Jennifer Racey (Warden),

    Plaintiffs - Appellees/Cross-Appellants

Patsy McCain,

    Plaintiff - Appellee

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Kyle Workman; Morgan Harris,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Dalia Lookingbill, Individually and as Guardian of the Person and Estate of R.T., a minor, and as Representative of the Estate of E.G. deceased minor,

    Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Rosanne Solis; Joaquin Ramirez,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Margaret McKenzie,

     Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Fred Curnow; Kathleen Curnow,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Juan Macias; Jennifer Macias,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Kip Workman; Julie Workman,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

Chancie McMahan, Individually and as Next Friend of R.W., a Minor; Scott Holcombe,

     Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

     Defendant - Appellant/Cross-Appellee

---

David Eugene Colbath, As Next of Friend of O.C.,

     Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

                    Defendant - Appellant/Cross-Appellee

------

Kris Workman, As Next of Friend of E.W.; Colbey Workman, As Next of Friend of E.W.,

                    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

                    Defendant - Appellant/Cross-Appellee

------

John Porter Holcombe, II, Individually, and as Independent Administrator of the Estate of Crystal Holcombe, and as Wrongful Death Beneficiary of Crystal Holcombe, John Bryan Holcombe, Karla Holcombe, and C.B.H., a Minor,

                    Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

                    Defendant - Appellee/Cross-Appellee

------

Colbey Workman,

                    Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

                    Defendant - Appellant/Cross-Appellee

------

Robert Braden; Rebecca Metcalf; Brenda Moulton,

                  Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

                    Defendant - Appellant/Cross-Appellee

---

John Porter Holcombe, II, As Next Friend of Minors E.J.H. and P.J.H., and as Independent Administrator of the Estates of Minors G.L.H., E.R.H. and M.G.H.,

    Plaintiff - Appellee/Cross-Appellant

v.

United States of America,

    Defendant - Appellant/Cross-Appellee

---

Jessica Moulton; William Lane,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States of America,

    Defendant - Appellant/Cross-Appellee